**ASTRAZENECA AB, Aktiebolaget Hassle, Astrazeneca LP, KBI, Inc. and KBI–E, Inc., Plaintiffs–Appellants,**

v.

**DR. REDDY'S LABORATORIES, LTD. and Dr. Reddy's Laboratories, Inc., Defendants–Appellees.**

No. 2010–1393.

United States Court of Appeals, Federal Circuit.

Sept. 29, 2010.

Errol B. Taylor, Milbank, Tweed, Hadley & McCloy, New York, NY, for Plaintiffs–Appellants.

Louis H. Weinstein, Budd Larner, P.C., Short Hills, NJ, for Defendants–Appellees.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.